| Summons | CIVIL DOCKET NO. 2479CV00214 | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|
| CASE NAME:<br><br>Ryan Olszta<br>Plaintiff(s)<br><br>vs.<br><br>Town of Brimfield, et. al.<br>Defendant(s) | | Laura S. Gentile — Clerk of Courts<br>Hampden — County<br><br>COURT NAME & ADDRESS:<br>Hampden Superior Court<br>Roderick L. Ireland Courthouse<br>50 State Street<br>Springfield, MA 01103 |

THIS SUMMONS IS DIRECTED TO **Harold Leaming** (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this Summons and the original Complaint has been filed in the **Hampden Superior** Court.

**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

**1. You must respond to this lawsuit in writing within 20 days.**

If you do not respond, the Court may decide the case against you and award the Plaintiff everything asked for in the Complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

**2. How to Respond.**

To respond to this lawsuit, you must file a written response with the Court **and** mail a copy to the Plaintiff's attorney (or the Plaintiff, if unrepresented). You can do this by:

a) Filing your **signed original** response with the Clerk's Office for Civil Business, **Hampden Superior** Court **P.O. Box 559, Springfield, MA 01102** (address), by mail, in person, or electronically through the web portal www.eFileMA.com if the Complaint was e-filed through that portal, **AND**

b) Delivering or mailing **a copy** of your response to the Plaintiff's attorney/Plaintiff at the following address:

**3. What to Include in Your Response.**

An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in Court. If you have any claims against the Plaintiff (referred to as "counterclaims") that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Court no more than 10 days after sending your Answer.

3. (cont.) Another way to respond to a Complaint is by filing a "Motion to Dismiss," if you believe that the Complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Rule 12 of the Massachusetts Rules of Civil Procedure**. If you are filing a Motion to Dismiss, you must follow the filing rules for "Civil Motions in Superior Court," available at:

www.mass.gov/law-library/massachusetts-superior-court-rules

4. Legal Assistance.

You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

5. Required Information on All Filings.

The "Civil Docket No." appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Michael D. Ricciuti, Chief Justice on _____, 20____ . (Seal)

Clerk

**Note:** The docket number assigned to the original Complaint by the Clerk should be stated on this Summons before it is served on the Defendant(s).

## PROOF OF SERVICE OF PROCESS

I hereby certify that on _____, I served a copy of this Summons, together with a copy of the Complaint



**Office of the Sheriff**
**Hampden County** ● 95 Liberty St. ● PO Box 5005 ● Springfield, MA 01101-5005 ● 413-732-5772

September 18, 2024

I hereby certify and return that on 9/18/2024 at 1:11 PM I served a true and attested copy of the S & C W/CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by leaving at the last and usual place of abode of HAROLD LEAMING, 116 ALLEN HILL ROAD BRIMFIELD, MA 01010 , Attestation X 1 ($5.00) Basic Service Fee ($20.00) Conveyance ($4.50) COPIES/IH ($2.00) Mailing1 ($2.00) Travel ($13.76) Total: $47.26

**Deputy Sheriff Mark Karangekis**

**Deputy Sheriff**

Date:

rev. 1/2023